ELECTA A. DYKE, Appellant, *v.* NATIONAL TRANSIT COMPANY et al., Respondents.

*Dyke v. Nat. Transit Co.*, 22 App. Div. 360, appeal withdrawn.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the third

89

judicial department, entered December 28, 1897, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury, and granting a new trial.

The ground of the motion was substantially that it will be impossible to obtain a review of the facts by this court.

*Charles H. Brown* for motion.

*Clarence A. Farnum* opposed.

Motion granted upon payment of costs that have accrued since bringing the appeal, and ten dollars costs of opposing this motion.